UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |
|---|---|---|

**This Document Relates to:**

| | |
|---|---|
| *Victoria Andrews v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11123-DRH |
| *Anne Machi v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10927-DRH |
| *Kelsey Newcomb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11092-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 25, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: __/s/*Caitlin Fischer*__
  **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.26
14:52:31 -05'00'

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT